EL PUEBLO, DEMANDANTE Y APELADO, *v.* MATTA, ACUSADO Y APELANTE.

No. 2270.—*Visto:* Junio 12, 1924. *Resuelto:* Junio 13, 1924.

DAÑOS MALICIOSOS.—Resolviendo evidencia contradictoria en este caso, la corte inferior estimó probado que la cabra cuya muerte se imputó al acusado estaba en la orilla del camino y que al sentir las pisadas de los caballos que montaban el acusado y otra persona rompió la soga y penetró en la planta-

ción de cañas de la finca de que es mayordomo el acusado, quien en seguida la mató. *Se resolvió:* que aunque en ocasiones anteriores algunas cabras se hubieran metido en las cañas y hubieran producido daños en ellas, no estaba justificado el acusado en causar la muerte de ese animal y su conducta fué maliciosa.

SENTENCIA de *Pablo Berga,* J. (Humacao), condenando al acusado por delito de daños maliciosos. *Confirmada.*

*González Fagundo & González, Jr.,* abogados del apelante; *José E. Figueras, Fiscal,* abogado del apelado.

EL JUEZ ASOCIADO SEÑOR ALDREY, emitió la opinión del tribunal.

El apelante fué condenado por el delito de daños maliciosos por haber matado una cabra que no era de su propiedad.

La evidencia del fiscal fué que la cabra estaba amarrada en la orilla de un camino vecinal y que al sentir las pisadas de los caballos que montaban el acusado y otra persona rompió la soga con que estaba amarrada y se metió dentro de una pieza de cañas de la finca de que es mayordomo el acusado, quien en seguida la mató. La evidencia del acusado tendió a probar que la expresada cabra no estaba amarrada en la orilla del camino ni rompió la soga al sentir el ruido de los caballos, sino que estaba dentro de las siembras de caña de dicha finca donde fué muerta porque repetidas veces se había avisado a los que tienen cabras por allí que sus animales estaban causando daños en las siembras.

Como el juez condenó al acusado tenemos que llegar a la conclusión de que resolvió el conflicto de la evidencia en contra del apelante y por tanto que estimó probado que la cabra estaba amarrada en la orilla del camino y que rompió la soga al sentir los caballos y penetró en la plantación de cañas en cuyo momento fué muerta por el acusado; y siendo éstos los hechos probados y aunque en ocasiones anteriores algunas cabras se hubieran metido en las cañas y hubieran producido daños en ellas, no estaba justificado el acusado en causar la muerte de ese animal y su conducta

fué maliciosa; siendo este caso distinto al de *El Pueblo* v. *Valdés,* 23 D.P.R. 713, pues en éste la cabra no estaba amarrada momentos antes de ser muerta sino que fué encontrada causando daños a la propiedad.

La sentencia apelada debe ser *confirmada.*